# GUSTAFSON GLUEK PLLC

ATTORNEYS AT LAW

CANADIAN PACIFIC PLAZA

120 SOUTH SIXTH STREET, SUITE 2600

MINNEAPOLIS, MINNESOTA 55402

TEL (612) 333-8844  •  FAX (612) 339-6622

DANIEL E. GUSTAFSON
DGUSTAFSON@GUSTAFSONGLUEK.COM

June 12, 2013

**VIA ECF**
Honorable Paul A. Magnuson
Sr. Judge, District of Minnesota
United States District Court
734 Federal Building
316 N. Robert Street
St. Paul, MN 5510

Re:   ***Raymond Jones v. Best Buy Co., Inc., et al.***
      **Case No. 12-cv-00095-PAM-FLN**

Dear Judge Magnuson:

I write to advise the Court that the parties have reached a settlement in principal in the above-referenced case and to request a stay of all litigation deadlines. Counsel for the parties are currently working to finalize the settlement agreement and plan to file the papers for preliminary approval no later than July 15, 2013.

Counsel for the parties are confident that the Court will preliminarily approve the settlement when it is filed next month. Because of this settlement, the parties believe that good cause exits pursuant to Local Rule 16.3 to modify the current Scheduling Order. There is no point continuing to litigate a case that is settled and continuing to file and respond to motions under the current schedule would waste resources of the settlement class and the Court. Therefore, the parties respectfully request that the Court stay all of the deadlines in this matter and order that preliminary approval papers be filed on or before July 15, 2013 as the result of the settlement in principle.

Page 2
June 12, 2013

If you have any questions, please contact me.

Sincerely,

GUSTAFSON GLUEK PLLC

Daniel E. Gustafson

DEG/
cc: The Honorable Franklin L. Noel (via email)
    Paul Evans (via email)

28999