UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Raymond Jones,<br><br>                    Plaintiff,<br><br>v.<br><br>Best Buy Co., Inc. and<br>Best Buy Stores, L.P.,<br><br>                    Defendants. | Case No: 12-cv-00095 (PAM/FLN)<br><br>ORDER STAYING ALL<br>SCHEDULING DEADLINES |

The Parties advised the Court by letter dated June 12, 2013, that they have reached a settlement on the claims in this matter.  Therefore, IT IS HEREBY ORDERED that:

1. All scheduling deadlines are hereby stayed indefinitely; and

2. the Parties are to file the necessary Preliminary Approval papers by July 15, 2013.

**IT IS SO ORDERED.**


Dated this  1st  day of  July , 2013         s/Paul A. Magnuson
                                              Paul A. Magnuson
                                              United States District Court Judge