UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Raymond Jones,<br><br>            Plaintiff,<br><br>v.<br><br>Best Buy Co., Inc. and<br>Best Buy Stores, L.P.,<br><br>            Defendants. | Case No: 12-cv-00095 (PAM/FLN)<br><br>**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION** |

Plaintiff, hereby moves this Court to provisionally certify the proposed Class for purposes of settlement; grant preliminary approval of the Settlement; approve the forms of notice and the plan for dissemination of notice; and set a schedule for the final approval process.

This Motion is based upon the Memorandum of Law, Affidavit, and exhibits filed contemporaneously herewith, and upon all the files, records, and proceedings in this matter.

Dated:  July 15, 2013

Respectfully submitted,

/s Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
Daniel J. Nordin (#392393)
**GUSTAFSON GLUEK, PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dnordin@gustafsongluek.com

1

Alyson Oliver Esq.*
Oliver Law Group PC
950 W. University Ste. 200
Rochester, MI 48307
(248) 327-6556
aoliver@oliverlg.com
*admitted pro hac vice

*Attorneys for Plaintiff*