UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Raymond Jones, *et al.*,<br><br>            Plaintiff,<br><br>    v.<br>Best Buy Co., Inc. and<br>Best Buy Stores, L.P.,<br><br>            Defendants. | Case No: 12-cv-00095 (PAM/FLN)<br><br>**MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION** |

Plaintiff hereby moves this Court to certify the proposed Settlement Class for purposes of settlement; grant final approval of the Settlement; grant Settlement Class Counsel's request for an award of attorneys' fees and expenses; and grant Plaintiff's request for an incentive award.

This Motion is based upon the Memorandum of Law, affidavits, and exhibits filed contemporaneously herewith, and upon all the files, records, and proceedings in this matter.

Dated:  November 11, 2013                    Respectfully submitted,

                             s/ Daniel E. Gustafson
                             Daniel E. Gustafson (#202241)
                             Amanda M. Williams (#341691)
                             Daniel J. Nordin (#392393)
                             **GUSTAFSON GLUEK, PLLC**
                             Canadian Pacific Plaza
                             120 South 6th Street, Suite 2600
                             Minneapolis, MN 55402
                             Tel: (612) 333-8844
                             Fax: (612) 339-6622
                             dgustafson@gustafsongluek.com
                             awilliams@gustafsongluek.com

1

dnordin@gustafsongluek.com

Alyson Oliver Esq.*
Oliver Law Group PC
950 W. University Ste. 200
Rochester, MI 48307
(248) 327-6556
aoliver@oliverlg.com
*admitted pro hac vice

*Attorneys for Plaintiff*

2